**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-1710**

---

SECURITIES & EXCHANGE COMMISSION,

        Plaintiff,

    and

JOHNNY BELSOME; TIMOTHY ALLEN; JODY HINKLEY; DONALD MARCEL; KEITH HINKLEY; STARR ATCHISON; EDWARD THIEL; BRETT HUNTER; TARA BELSOME, and those similarly situated,

        Movants – Appellants,

    v.

REX VENTURE GROUP, LLC, d/b/a Zeekrewards.com; RECEIVER FOR REX VENTURES GROUP, LLC,

        Defendants – Appellees,

    and

PAUL R. BURKS; TRUDY GILMOND; KELLIE KING,

        Defendants,

    and

NATHANIEL WOODS,

        Movant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:12-cv-00519-GCM)

---

Submitted:  December 22, 2014          Decided:  January 7, 2015

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Marc R. Michaud, New Orleans, Louisiana, for Appellants.  Irving M. Brenner, Kenneth D. Bell, Matthew E. Orso, MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Belsome, et al., appeal from the district court's order clarifying a prior order and directing that any payments made by the Receiver be sent to a claimant's home address rather than any third party, including attorneys. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order the Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED